HEATHER E. WILLIAMS, CA BN #122664
Federal Defender
LISA NDEMBU LUMEYA DC BN #90017392
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950
Lisa_Lumeya@fd.org

Counsel for Defendant
CHRISTOPHER P. ALLEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:26-mj-00001-HBK |
|---|---|
| Plaintiff, | **STIPULATION TO VACATE STATUS CONFERENCE AND REQUEST TO SET REMOTE CHANGE OF PLEA AND SENTENCING HEARING; ORDER** |
| vs. | |
| CHRISTOPHER PAUL ALLEN | Date:   June 2, 2026 |
| | Time:   10:00 a.m. |
| Defendant. | Judge:  Hon. Helena Barch-Kuchta |

The parties, through their respective counsel, Briana Vollmer, Law Enforcement Specialist, counsel for the government, and Lisa N. Lumeya, Assistant Federal Defender, counsel for Mr. Christopher P. Allen, hereby stipulate and request that this Court vacate the status conference scheduled for June 2, 2026, and set a change of plea and sentencing hearing on June 3, 2026, should Mr. Allen be permitted to appear remotely from the Set Free Mariposa program.

On May 12, 2026, this Court set a final status conference on June 2, 2026.  ECF No. 10.  In the interim, the parties have reached a resolution, the signed plea agreement will be filed under separate cover.  In light of the joint recommendation under the plea agreement, and considering Mr. Allen's current residence at the Set Free Mariposa 6-month recovery program, Mr. Allen respectfully requests a remote appearance.  Accordingly, the parties stipulate and request that Mr. Allen's status conference be vacated and that a change of plea and sentencing hearing be scheduled for June 3, 2026, should this Court be inclined to allow a remote appearance.

Allen – Stipulation to Vacate Status Conference and Set      -1-
Requested Remote Change of Plea and Sentencing Hearing

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: May 29, 2026                /s/ Briana Vollmer
                                  BRIANA M. VOLLMER
                                  Supervisory Ranger (Rule 180)
                                  Law Enforcement Specialist


Date: May 29, 2026                /s/ Lisa Ndembu Lumeya
                                  Lisa N. Lumeya
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  Christopher P. Allen

## **O R D E R**

Upon the parties' stipulation and for good cause shown, the Court GRANTS the request. Mr. Allen's status conference scheduled on June 2, 2026, at 10:00 a.m., is hereby vacated and a remote change of plea and sentencing hearing is scheduled on June 3, 2026, at 10:00 a.m.

**IT IS SO ORDERED.**


Dated:    May 29, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

Allen – Stipulation to Vacate Status Conference and Set          -2-
Requested Remote Change of Plea and Sentencing Hearing